SUAREZ, APPELLANT, v. MORALES, APPELLEE.

District Court of Arecibo.

Injunction to Recover Possession.

No. 2584.—Decided February 3, 1922.

The plaintiff alleges ownership of a property of which he had been in possession until the defendant entered and deprived him of two parcels thereof. The complaint was dismissed. The evidence shows that the parcels in controversy

were not identified and is insufficient.—*Affirmed.*—Mr. Chief Justice Del Toro delivered the opinion of the court.